| Case | Number | Date | Disposition |
|---|---|---|---|
| Des Moines Independent Community School District v. Anita Babe | 16–0258 | 02/08/2017 | Affirmed |
| Daraba v. Sturdivant | 16–0343 | 02/08/2017 | Affirmed |
| State v. Soriano | 16–0449 | 02/08/2017 | Affirmed |
| State v. Campbell–Scott | 16–0472 | 02/08/2017 | Affirmed |
| Penny v. Whirlpool | 16–0495 | 02/08/2017 | Affirmed |
| State v. Corson | 16–0546 | 02/08/2017 | Affirmed |
| Timmons v. Employment Appeal Board | 16–0551 | 02/08/2017 | Reversed and Remanded |
| Bratton v. Minnix | 16–0556 | 02/08/2017 | Affirmed |
| Crapser v. State | 16–0595 | 02/08/2017 | Affirmed |
| Monsanto v. Delgado | 16–0660 | 02/08/2017 | Affirmed |
| State v. Alexander | 16–0669 | 02/08/2017 | Appeal Dismissed |
| Burton v. State | 16–0670 | 02/08/2017 | Affirmed |
| Schneider v. Keokuk Community School District | 16–0675 | 02/08/2017 | Affirmed |
| Schoper, Marriage of | 16–0702 | 02/08/2017 | Affirmed on Appeal and Cross-Appeal |
| Intriligator v. Rafoth | 16–0743 | 02/08/2017 | Affirmed |
| State v. Smith | 16–0749 | 02/08/2017 | Affirmed |
| McKimmy, In re Marriage of | 16–0872 | 02/08/2017 | Affirmed |
| McCarthy v. Werdel | 16–0905 | 02/08/2017 | Affirmed |
| State v. Downer | 16–0927 | 02/08/2017 | Affirmed |
| Wendt v. Mead | 16–0928 | 02/08/2017 | Affirmed |
| Martin, In re Marriage of | 16–0971 | 02/08/2017 | Affirmed and Remanded |
| State v. Jones | 16–1015 | 02/08/2017 | Affirmed |
| State v. Hoxsey | 16–1043 | 02/08/2017 | Affirmed |
| Gehlken, In re Marriage of | 16–1259 | 02/08/2017 | Affirmed |
| Tekippe, In re Marriage of | 16–1297 | 02/08/2017 | Affirmed |
| Bergan v. Hall | 16–1340 | 02/08/2017 | Affirmed on Appeal; Modified in part on Cross-Appeal |
| A.C., Interest of | 16–1636 | 02/08/2017 | Affirmed |
| H.S.-T., In Interest of | 16–1811 | 02/08/2017 | Affirmed |
| T.S.-G., Interest of | 16–1821, 16–1899 | 02/08/2017 | Affirmed on both Appeals |
| A.W., Interest of | 16–1858 | 02/08/2017 | Affirmed |
| G.D., Interest of | 16–1895 | 02/08/2017 | Reversed and Remanded |
| H.C., In Interest of | 16–1961 | 02/08/2017 | Affirmed on both Appeals |
| A.M., In Interest of | 16–2007 | 02/08/2017 | Affirmed |
| K.B., In Interest of | 16–2024 | 02/08/2017 | Affirmed on both Appeals |
| S.H., Interest of | 16–2052 | 02/08/2017 | Affirmed |
| E.N., Interest of | 16–2135 | 02/08/2017 | Affirmed |
| First American Bank Group, Ltd. v. Iowa Department of Transportation | 15–1212 | 02/22/2017 | Affirmed |
| State v. Jonas | 15–1560 | 02/22/2017 | Affirmed |